**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01691-REB-CBS

NORTHLAND INSURANCE COMPANY,

     Plaintiff,

v.

CHRISTINA RHODES, individually and on behalf of the Estate of David Bates, Deceased,
TIMASH INVESTMENTS, LLC, and
JOHN DOE, personal representative of Enoch Annor, Deceased,

     Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter before me is **Plaintiff Northland Insurance Company's Notice of Dismissal Without Prejudice of John Doe, Personal Representative of Enoch Annor, Deceased** [#104] filed December 23, 2010. After careful review of the notice and the file, I conclude that the notice should be approved and that the plaintiff's claims against defendant John Doe, personal representative of Enoch Annor, Deceased, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff Northland Insurance Company's Notice of Dismissal Without Prejudice of John Doe, Personal Representative of Enoch Annor, Deceased** [#104] filed December 23, 2010, is **APPROVED**;

2. That plaintiff's claims against defendant John Doe, personal representative of

1

Enoch Annor, Deceased, are **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their attorney fees and costs; and

    3.  That defendant, John Doe, personal representative of Enoch Annor, Deceased, is **DROPPED** as a party to this action, and the caption shall be amended accordingly.

    Dated December 23, 2010, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge