**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01691-REB-CBS

NORTHLAND INSURANCE COMPANY,

    Plaintiff,
v.

CHRISTINA RHODES, individually and on behalf of the Estate of David Bates, Deceased,
TIMASH INVESTMENTS, LLC, and
SEBECY INVESTMENTS, LLC,

    Defendants.

## ORDER FOR ENTRY OF JUDGMENT

**Blackburn, J.**

    This matter is before me *sua sponte*. I have jurisdiction over this case pursuant to 28 U.S.C. § 1332 (diversity of citizenship). The claims against all defendants having now been fully resolved, I direct the clerk of the court to enter judgment in favor of plaintiff on the court's prior order finding in favor of plaintiff.

    This matter was tried to the court on November 29-30, 2010. I entered my **Findings of Fact, Conclusions of Law, and Orders** [#101][1] on December 9, 2010, resolving plaintiff's claim for declaratory judgment in its favor and, thus, construing the subject policy of insurance "to exclude coverage for any injuries for any liability of [defendant] Timash Investments, LLC, to David Bates or his estate, personal representative, heirs, or devisees based on the accident of September 8, 2011." (*Id.* ¶ 1 at 21-22.)

    On December 23, 2010, plaintiff voluntarily dismissed the John Doe defendant (*see*

---

[1] "[#101]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Plaintiff Northland Insurance Company's Notice of Dismissal Without Prejudice of John Doe, Personal Representative of Enoch Annor, Deceased** [#104] filed December 23, 2010), and moved for default judgment against the corporate defendants (*see* **Plaintiff Northland Insurance Company's Motion for Default Judgment as to Timash Investments, LLC and Sebecy Investments, LLC** [#102] filed December 23, 2010). I dismissed the individual defendant (*see* **Order Dismissing Party** [#105] filed December 23, 2010), and granted the motion for default judgment (**Order Granting for Default Judgment and Providing for the Entry of Default Judgment Pursuant to Fed.R.Civ.P. 55(b)(2)** [#106] entered February 8, 2011).

On February 10, 2011, the Clerk of the Court entered default judgment against defendants Timash Investments, LLC, and Sebecy Investments, LLC [#107]. The matter, therefore, is ripe for the entry of final judgment with respect to defendant Rhodes.

**THEREFORE, IT IS ORDERED** as follows:

1. That judgment **SHALL ENTER** on behalf of plaintiff, Northland Insurance Company, against defendant, Christina Rhodes, individually and on behalf of the Estate of David Bates, Deceased, in accordance with my **Findings of Fact, Conclusions of Law, and Orders** [#101] filed December 9, 2010; and

2. That plaintiff is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated February 14, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge